Meade, Appellant, *v.* Equitable Credit & Discount Company.

Argued September 14, 1959. Before RHODES, P. J., WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ. (HIRT and GUNTHER, JJ., absent).

*Martin Techner*, with him *Techner, Rubin & Shapiro*, for plaintiff, appellant.

*Joseph G. Feldman*, with him *Stephen M. Feldman*, *Edward J. Marcantonio*, and *Feldman & Feldman*, for defendant, appellee.

*Stanley E. Gordon* and *Wollman, Tracey, Schlesinger & Salus,* for defendant, appellee.

Opinion Per Curiam, November 11, 1959:

The order of the court below is affirmed on the opinion of Judge DiNubile, of the Municipal Court of Philadelphia, as reported in 18 Pa. D. & C. 2d 646.

## Arcuri, Appellant, *v.* Weiss.

Argued September 17, 1959. Before Gunther, Wright, Woodside, Ervin, and Watkins, JJ. (Rhodes, P. J., and Hirt, J., absent).